UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| STANLEY ANDREA CLYBURN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| UNITED STATES MARINE CORPS; ) | |
| ASHLEY MARIE STEWART; JOHN ) | |
| DOE; DAVID S. GIBBS; SGT. MAJOR ) | |
| DOE; 1ST SGT. DOE; BIANCA DOE; ) | |
| GEORGIA DOE; TAMMY DOE; ) | |
| LANAY JONES; and KEVIN ) | |
| BUCKSTON, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's *pro se* complaint pursuant to 28 U.S.C. §1915A and the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 13, 2012, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed for lack of subject matter jurisdiction, where diversity jurisdiction is lacking and plaintiff does not state a cognizable federal claim. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on August 14, 2012, and Copies To:**

Stanley Andrea Clyburn, Jr. [53305-056]   (via U.S. Mail)
    Butner Medium II - F.C.I., PO Box 1500, Butner, NC 27509


August 14, 2012                     JULIE A. RICHARDS, CLERK
                                       /s/ Christa N. Baker
                                    (By) Christa N. Baker, Deputy Clerk